UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **TO BE FILED UNDER SEAL** |
| - against - | LIMITED UNSEALING ORDER |
| ANDREY SHEVLYAKOV, | |
| Defendant. | No. 22-CR-490 (RPK) |

- - - - - - - - - - - - - - - - - - - - - - - - - X

Upon consideration of the motion filed by the United States of America, by Assistant United States Attorney Alexander Mindlin, for an Order to unseal the indictment and arrest warrant in the above-captioned case for the limited purpose of disclosing the existence of, or disseminating, the indictment and/or arrest warrant to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States and in connection with efforts to prosecute the defendant or to secure the defendant's arrest, extradition or expulsion;

IT IS HEREBY ORDERED that the indictment and arrest warrant in the above-captioned case shall remain under seal with the exception that they are unsealed for the limited purpose of permitting the government to disclose the existence of, or disseminate, the indictment and/or arrest warrant to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States and in connection with efforts to secure the defendant's extradition; and

IT IS FURTHER ORDERED that the Clerk of Court shall provide certified copies of the indictment and arrest warrant to attorneys for the government at their request.

Dated:   Brooklyn, New York
          April 3        , 2023

                                            s/ James R. Cho
                                            THE HONORABLE JAMES R. CHO
                                            UNITED STATES MAGISTRATE JUDGE
                                            EASTERN DISTRICT OF NEW YORK

AFM
F. #2016R00456

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ANDREY SHEVLYAKOV,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

**L I M I T E D  U N S E A L I N G
A P P L I C A T I O N**

No. 22-CR-490 (RPK)

       The government respectfully moves for an order unsealing the indictment and arrest warrant in this case for the limited purpose of disclosing the existence of, or disseminating, the indictment and arrest warrant to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States and in connection with efforts to secure the defendant's extradition. As part of those efforts the government will need to obtain certified copies of the sealed indictment and sealed arrest warrant from the Clerk of Court to disseminate to foreign authorities.

The above-named defendant is subject to provisional arrest in Estonia, but the indictment against him has not yet been unsealed. Accordingly, there is good cause to maintain these documents under seal and to unseal them only for the limited purpose of securing the extradition.

Dated: Brooklyn, New York
       April 3, 2023

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Alexander Mindlin
Assistant U.S. Attorney
(718) 254-6433