**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FR:MMO
F. #2016R00456

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 9, 2026

By ECF
The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Andrey Shevlyakov
Criminal Docket No. 22-490 (RPK)

Dear Judge Kovner:

Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant, Andrey Shevlyakov, has agreed to in connection with his guilty plea before Your Honor on July 23, 2026. The government respectfully requests that the Court enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Madeline M. O'Connor
Madeline M. O'Connor
Assistant U.S. Attorney
(631) 715-7870

Encl.: Preliminary Order of Forfeiture
cc: Counsel of Record (by ECF)